# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KENNETH REED, JR.

NO. 2023 KW 1281

**FEBRUARY 26, 2024**

---

In Re: Kenneth Reed, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-92-1227.

---

BEFORE: **THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED.**

MRT
AHP
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT